

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SETH COLES-BODY,<br>Defendant. | CASE NO. CR25-148 JLR<br><br>DETENTION ORDER |

Offenses charged:

1. Conspiracy to Commit Robbery
2. Bank Robbery

Date of Detention Hearing: July 28th, 2025.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has a significant criminal record which includes assault and evading arrest. Additionally, there are two active warrants for Defendant's arrest outside of this district involving felony robbery – bodily injury and robbery. The alleged offenses involve travel across the United States. Defendant was not interviewed and so his ties to this District are unknown. Defendant does not contest detention at this time.

2. Defendant poses a risk of nonappearance based on Defendant's history of evading arrest, Defendant's lack of ties to this district, and Defendant's experience and ability to travel around the country.

3. Defendant poses a risk of danger based on the violent nature and circumstances of the charged offenses, Defendant's criminal history, his membership in a gang, and allegations in the underlying offense involving the Defendant's access to and use of firearms.

5. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the

defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 28th day of July, 2025.

S. KATE VAUGHAN
United States Magistrate Judge